UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DECHAUN SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. MARSHALS et al.,<br><br>    Defendants. | Case No. 24-13093<br>Honorable Laurie J. Michelson |

**ORDER DISMISSING COMPLAINT [1]**

On October 29, 2024, the Court dismissed Plaintiff's complaint as being barred by the statute of limitations. *See Smith v. U.S. Marshals*, No. 24-10189 (E.D. Mich. Oct. 29, 2024), ECF No. 18. One month later, Plaintiff re-filed an identical lawsuit. (*See* ECF No. 1.) For the same reasons set forth in the prior opinion, this duplicate case is likewise dismissed.

    IT IS SO ORDERED


Dated: December 26, 2024

                                    s/ Laurie J. Michelson
                                    LAURIE J. MICHELSON
                                    UNITED STATES DISTRICT JUDGE